UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                :

FAIR HOUSING JUSTICE CENTER, INC.,     :

                :

          Plaintiff,       :        26-CV-1828 (JMF)

                :

    -v-              :        <u>ORDER</u>

                :

A&R PROPERTIES GROUP LLC et al,      :

                :

          Defendants.     :

                :

---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On April 27, 2026, Defendants A&R Properties Group LLC, 1661 Madison Holdings LLC, QOF Operating LLC, 1661 MR Associates LLC, 157-01 72nd Avenue LLC, Joshua Asherian, Noorollah Asherian, Jaqueline Rehanian, and Shokrollah Rehanian filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  *See* ECF No. 34.  On April 28, 2026, the remaining Defendants, ARC Architecture + Design Studio, PLLC and Robert Bianchini, joined that motion in its entirety.  *See* ECF No. 36.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **May 18, 2026**.  Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings.  Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss.  If Defendants file an answer or a

new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If the Defendants file a new motion to dismiss or indicate that they rely on their previously filed motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **May 18, 2026**. Defendants' reply, if any, shall be filed by **May 25, 2026.**

Finally, it is further ORDERED that the initial pretrial conference previously scheduled for June 4, 2026, is adjourned *sine die*.

SO ORDERED.

Dated: April 29, 2026
      New York, New York

                         JESSE M. FURMAN
                        United States District Judge