UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                              :

FAIR HOUSING JUSTICE CENTER, INC.,      :
                              :

               Plaintiff,         :          26-CV-1828 (JMF)
                              :

      -v-                  :            ORDER
                              :

A&R PROPERTIES GROUP LLC et al.,     :
                              :

             Defendants.     :
                              :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* ECF Nos. 41-43, Defendants' earlier motion to dismiss filed at ECF No. 34 is hereby DENIED as moot.  Consistent with the Court's May 6, 2026 Order, ECF No. 39, Plaintiff's opposition to the new motion to dismiss is due by **July 6, 2026**.  Defendants' reply, if any, is due by **July 20, 2026**.

      The Clerk of Court is directed to terminate ECF No. 34.

      SO ORDERED.

Dated: June 23, 2026
      New York, New York

                                      JESSE M. FURMAN
                             United States District Judge